STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DONALD HINES, DEFENDANT-PETITIONER.

See same case below: 109 *N. J. Super.* 298.

*Mr. Stanley C. Van Ness* and *Mr. Joseph A. Abbott,* for the petitioner.

*Mr. Dominick J. Ferrelli* and *Mr. Alfred M. Bitting,* for the respondent.

May 26, 1970. Denied.

CELESTE MARCKS, *ETC., ET AL.,* PLAINTIFFS-RESPONDENTS, v. AMERICAN BAKERIES, *ETC., ET AL.,* DEFENDANTS-RESPONDENTS.

*Messrs. Mirne, Nowels, Tumen, Fundler, Cornblatt & Magee* and *Mr. Michael B. Kirschner,* for the petitioners.

*Messrs. Chamlin & Schottland* and *Mr. Brian Boyle,* for the respondents.

May 26, 1970. Denied.

MARIAN MICKENS, *ET AL.,* PLAINTIFFS-PETITIONERS, v. EMILY MARASCIO, *ET AL.,* DEFENDANTS-RESPONDENTS.

*Messrs. Wise, Wise & Wickmann,* for the petitioners.

*Mr. Robert F. Colquhoun* and *Mr. Peter R. Brogan,* on the brief, for the respondents.

May 26, 1970. Granted.